IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LISA BROWN,
    Plaintiff/Judgment Creditor,
v.                                                  Case No. 3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,
    Defendants/Judgment Debtors.

## APPLICATION FOR WRIT OF GARNISHMENT

The plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Eastern District of Tennessee for issuance of a Writ of Garnishment to satisfy a judgment against the defendant (judgment debtor). In support of this application, the following information is provided:

1. Judgment debtor's name: DTI, Inc.

    Social Security Number: N/A
    (Restrict to last 4 digits)

    Last known address: 201 Center Park Dr., Ste 1170, Knoxville, TN 37922

    Nature of debt: Contract Debt/Judgment

    Amount of judgment: $228,881.98

    Costs added (specify): —

    Interest: —

    Less amount paid: —

    Unpaid balance: 228,881.98

    As of: 2-27-18

2. The garnishee is believed to have possession of property (which may include non-exempt, disposable earnings) in which the defendant has a substantial non-exempt interest.

3. Name and address of the garnishee:

Pinnacle Bank
1111 Northshore Dr.
Knoxville, TN 37919

This 27th day of February, 2018.

_Scott Hall_
Attorney for Plaintiff (signature)

Scott D. Hall
(Type or print attorney's name)

374 Forks of the River Pkwy
Sevierville, TN 37862
(Address)

(865) 428-9900
(Telephone number)