IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LISA BROWN,
      Plaintiff/Judgment Creditor,
v.                                                Case No. 3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,
      Defendants/Judgment Debtors.

GARNISHMENT ANSWER AND
AFFIDAVIT FOR WRIT OF GARNISHMENT

Comes the undersigned Affiant, who, after being duly sworn, states:

1. The Garnishee is (choose one):

    _____ A proprietorship     _____ A partnership     _____ An individual

    _____ A corporation, organized under the laws of the State of _____

2. The name and Social Security number of the judgment debtor (employee) are:
Name: _____ SSN (Restrict to last 4 digits): _____

3. The Garnishee has custody, control, or possession of property (including but not limited to cash deposits) in which the debtor has a substantial nonexempt interest, which is described as: _____

4. The value of the property, debts, or effects belonging to debtor which the Garnishee had in its possession or under its control at the time of service is $ _____; and at the time of answering is $ _____; and which has come into its possession or control between the time of service and answer is $ _____.

5. Previous garnishments to which such property is subject and the amount to which any remaining property is not exempt are described as follows: _____

6. The Garnishee has custody, control, or possession of the following other property (non-earnings) in which the judgment debtor has an interest: _____
Value of such interest: _____

_____
Garnishee (Employer or Financial Institution)

_____
Affiant

_____
Position or Title

## CERTIFICATE OF SERVICE

      I hereby certify that, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of this answer has been served on the judgment debtor at his/her last known address and the attorney for the judgment creditor, this _____ day of _____, 2\_\_\_\_\_.

                                                                _____