IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LISA BROWN,
    Plaintiff/Judgment Creditor,
v.                                                    Case No. 3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,
    Defendants/Judgment Debtors.

## WRIT OF GARNISHMENT

To: (Name and address of garnishee)
Pinnacle Bank
1111 Northshore Dr.
Knoxville, TN 37919

    An application for a Writ of Garnishment has been filed with this court to satisfy an unpaid judgment in favor of __Lisa Brown__ in the amount of $ __228,661.98__, plus costs in the amount of $ __—__ and interest in the amount of $ __—__ (less payments in the amount of $ __-0-__), for a total amount of $ __228,661.98__, computed through __2-27-18__.

    You are required by law to answer in writing, under oath, whether or not you have in your custody, control, or possession any property owned by the debtor. You are required to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which you are or may become indebted to the judgment debtor pending further order of the court.

    Within ten (10) days of your receipt of this Writ, the original written answer to this Writ must be filed with the Clerk of the United States District Court. No monies shall be forwarded to the Clerk. You are required by law to serve a copy of your answer upon the debtor at (last known address of judgment debtor): __DTI, Inc. c/o David Thomas, Registered Agent, 201 Center Park Dr., Ste. 1170, Knoxville, TN 37922__ and upon the plaintiff/judgment creditor or its attorney at the address shown on the Application for Writ of Garnishment.

    If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the court may enter judgment against you for the value of the judgment debtor's nonexempt interest in such property.

Date issued: __02/28/2018__

DEBRA C. POPLIN, Clerk

s/ A. Foster, Deputy Clerk

NOTICE — Although you have a longer time in which to answer the court concerning this garnishment, <u>you must do the following on the same day you receive the garnishment, or on the next working day.</u> Determine if you possess or control money or property of the judgment debtor. If so, within that same time period, you shall furnish a copy of the garnishment summons and Notice to Judgment Debtor by mailing them first class, postage prepaid, to the judgment debtor's last known address as shown by your records, or by actual delivery to the judgment debtor. If the address shown by your records differs from that shown on this execution form, you shall also mail a copy of the garnishment and notice to the latter address.

# RETURN OF SERVICE

Complete if service is not perfected by U.S. Marshall, please complete the following Return of Service.

Date: _____

Service of the Writ of Garnishment was made by:

Name of Server/Title (Print): _____

Mark the appropriate section below to indicate the method of service:

☐      Served personally upon: _____

            Place where served: _____

☐      Returned unexecuted: _____

☐      Other: (Specify): _____

Amount of service fee received is: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fee is true and correct.

Executed: _____     _____
          (Date)                                        (Signature of Server)

          Print name and address: _____