IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

2018 MAR -5 A 11: 23

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

LISA BROWN,
    Plaintiff/Judgment Creditor,

v.

Case No. 3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,
    Defendants/Judgment Debtors.

GARNISHMENT ANSWER AND
AFFIDAVIT FOR WRIT OF GARNISHMENT

Comes the undersigned Affiant, who, after being duly sworn, states:

1. The Garnishee is (choose one):

   ____ A proprietorship     ____ A partnership     ____ An individual

   ✓ A corporation, organized under the laws of the State of _TENNESSEE_

2. The name and Social Security number of the judgment debtor (employee) are:
   Name: _DTI Inc_     SSN (Restrict to last 4 digits): _7181_

3. The Garnishee has custody, control, or possession of property (including but not limited to cash deposits) in which the debtor has a substantial nonexempt interest, which is described as: _CASH DEPOSITS IN DEMAND DEPOSIT ACCOUNT_

4. The value of the property, debts, or effects belonging to debtor which the Garnishee had in its possession or under its control at the time of service is $ _63,855.77_; and at the time of answering is $ _SAME_; and which has come into its possession or control between the time of service and answer is $ _N/A_.

5. Previous garnishments to which such property is subject and the amount to which any remaining property is not exempt are described as follows: _N/A_

6. The Garnishee has custody, control, or possession of the following other property (non-earnings) in which the judgment debtor has an interest: _N/A_
   Value of such interest: _____

_PINNACLE BANK_
Garnishee (Employer or Financial Institution)

_LENELLE WALDRON_
Affiant

_LEGAL ANALYST_
Position or Title

CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of this answer has been served on the judgment debtor at his/her last known address and the attorney for the judgment creditor, this __2ND__ day of __MARCH__, 2_018_.

_____