# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**LISA BROWN,**

    **Plaintiff/Judgment Creditor,**

**v.**                                         **Case No. 3:17-MC-00012-PLR-HBG**

**PIXELRANGE, INC.,**
**and**
**DTI, INC.,**

    **Defendants/Judgment Debtors.**

___

## MOTION FOR ORDER TO DISBURSE
## GARNISHED FUNDS
___

Comes the Plaintiff, by and through counsel, and moves this Honorable Court for an order directing Pinnacle Bank to disburse garnished funds as specified below. In support of this motion, Plaintiff would show as follows:

    1.    On February 28, 2018, a non-wage garnishment was issued by the Clerk (Document No. 3 of Record) and served upon Pinnacle Bank on March 2, 2018, by the United States Marshall, commanding that all of Defendant's Funds available be garnished (Document No. 5).

    2.    The amount of $63,855.77 was on deposit and available for application to the Judgment. (Document No. 4).

    3.    The Court Record reflects that the Garnishee, Pinnacle Bank, answered the Writ of Garnishment (Document No. 4) and stated that it held cash deposits in a demand deposit

1

account. More particularly, Pinnacle Bank reported as follows:

*"The value of the property, debts, or effects belonging to debtor which the Garnishee had in its possession or under its control at the time of service is $63,855.77; and at the time answering is same and which has come into its possession or control between the time of service and answer is N/A."*

4.  No motion or petition has been filed asserting that these funds are exempt from the garnishment

WHEREFORE, the above premises considered, it is requested that an order be entered directing Pinnacle Bank to disburse the sum of $63,855.77 payable to Lisa Brown, c/o Scott D. Hall, 374 Forks of the River Parkway, Sevierville, Tennessee 37862.

Submitted this 7th day of March, 2018.

/s/ *Scott D. Hall*
Scott D. Hall     BPR #014874
Attorney for Plaintiff
374 Forks of the River Parkway
Sevierville, TN   37862
(865) 428-9900

## Certificate of Service

The undersigned hereby certifies that a true and exact copy of the foregoing **Motion for Order to Disburse Garnished Funds** has been served upon the following counsel or party in interest herein by delivering same to the address of said counsel or party, or by mailing same to the offices of said counsel or address of the party by United States Mail with sufficient postage thereon to carry it to its destination.

> Pinnacle Bank
> Attn: LeNelle Waldron, Legal Analyst
> 1111 Northshore Drive
> Knoxville, TN 37919
>
> DTI, Inc.
> Attn: David Thomas, Registered Agent
> 201 Center Park Drive, Suite 1170
> Knoxville, TN 37922
>
> PixelRange, Inc.
> Attn: David Thomas, Registered Agent
> 201 Center Park Drive, Suite 1170
> Knoxville, TN 37922

This 7th day of March, 2018.

/s/ *Scott D. Hall*