IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**LISA BROWN,**
 **Plaintiff/Judgment Creditor,**
**v.**              Case No. 3:17-MC-00012-PLR-HBG

**PIXELRANGE, INC.,**
**and**
**DTI, INC.,**
 **Defendants/Judgment Debtors.**

___

# ORDER OF DISBURSEMENT
___

This matter came before the Court as a result of garnishment of non-wage funds which are in control of the Garnishee, Pinnacle Bank. The Court record reflects that the non-wage garnishment issued and served resulted in the Garnishee, Pinnacle Bank, holding $63,855.77 in garnished funds. Upon the record as a whole and for good cause shown, it is hereby

ORDERED that the Garnishee, Pinnacle Bank, shall disburse the sum of **$63,855.77** payable to **Lisa Brown,** c/o Scott D. Hall, 374 Forks of the River Parkway, Sevierville, Tennessee 37862.

ORDERED that the costs are taxed to the Defendants.

ENTER this \_\_\_\_ day of _____, 2018.

_____
JUDGE PAMELA L. REEVES

Approved for Entry:

/s/ *Scott D. Hall*_____
Scott D. Hall   BPR # 014874
Attorney for Plaintiff
374 Forks of the River Pkwy.
Sevierville, Tennessee    37862
(865) 429-9900

# Certificate of Service

The undersigned hereby certifies that a true and exact copy of the foregoing **Order of Disbursement** has been served upon the following counsel or party in interest herein by delivering same to the address of said counsel or party, or by mailing same to the offices of said counsel or address of the party by United States Mail with sufficient postage thereon to carry it to its destination.

        Pinnacle Bank
        Attn: LeNelle Waldron, Legal Analyst
        1111 Northshore Drive
        Knoxville, TN 37919

        DTI, Inc.
        Attn: David Thomas, Registered Agent
        201 Center Park Drive, Suite 1170
        Knoxville, TN 37922

        PixelRange, Inc.
        Attn: David Thomas, Registered Agent
        201 Center Park Drive, Suite 1170
        Knoxville, TN 37922

This 7th day of March, 2018.

        /s/ *Scott D. Hall*
        Scott D. Hall