# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

FILED

2018 MAR -9  A  9: 50

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT CLERK

LISA BROWN,

    Plaintiff/Judgment Creditor,

v.

    Case No.  3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,

    Defendants/Judgment Debtors.

## *AMENDED*
### GARNISHMENT ANSWER AND
### AFFIDAVIT FOR WRIT OF GARNISHMENT

Comes the undersigned Affiant, who, after being duly sworn, states:

1.    The Garnishee is (choose one):

    _____ A proprietorship    _____ A partnership    _____ An individual

    ✓ A corporation, organized under the laws of the State of _*TENNESSEE*_

2.    The name and Social Security number of the judgment debtor (employee) are:
Name: _*DTI INC*_    SSN (Restrict to last 4 digits): _*7181*_

3.    The Garnishee has custody, control, or possession of property (including but not limited to cash deposits) in which the debtor has a substantial nonexempt interest, which is described as: _*DEPOSITS IN CHECKING ACCOUNT*_

4.    The value of the property, debts, or effects belonging to debtor which the Garnishee had in its possession or under its control at the time of service is $ *63,855.77*; and at the time of answering is $ *75,530.94*; and which has come into its possession or control between the time of service and answer is $ *11,675.17*

5.    Previous garnishments to which such property is subject and the amount to which any remaining property is not exempt are described as follows: _*N/A*_

6.    The Garnishee has custody, control, or possession of the following other property (non-earnings) in which the judgment debtor has an interest: _*N/A*_
Value of such interest: _____

_*PINNACLE BANK*_
Garnishee (Employer or Financial Institution)
_*LENELLE WALDRON*_
Affiant
_*LEGAL ANALYST*_
Position or Title

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of this *AMENDED* answer has been served on the judgment debtor at his/her last known address and the attorney for the judgment creditor, this _8th_ day of _March_, 2017.

_____