IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LISA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-mc-00012-PLR-HBG |
| | ) | |
| PIXELRANGE, INC. and DTI, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appear as counsel of record in this case for DTI, Inc. and request that copies of all notices, pleadings, motions, discovery, and orders hereinafter filed in this matter be served electronically or otherwise delivered to the addresses listed below.

Respectfully submitted this 12th day of March, 2018.

                                                    LACY, PRICE & WAGNER, P.C.

                                                    By: /s/ Michael R. Franz
                                                          James H. Price (BPR #016254)
                                                          W. Allen McDonald (BPR #016210)
                                                          Michael R. Franz (BPR #031664)
                                                          249 N. Peters Road, Ste. 101
                                                          Knoxville, TN 37923
                                                          (865) 246-0800
                                                          *Attorneys for DTI, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                          /s/ Michael R. Franz
                                                          Michael R. Franz (BPR #031664)

1