Lisa Brown

        Plaintiff,

v.                                               Case No. 3:17-mc-00012-PLR-HBG

PixelRange, Inc., et al.

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Plaintiff Lisa Brown, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California; New York

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 16, 2018

*(Signature–hand signed)*

Name: Michael Tenenbaum

Firm: The Office of Michael Tenenbaum, Esq.

Address:

    1431 Ocean Ave., Ste. 400, Santa Monica, CA 90401-2136

Email address: mt@post.harvard.edu

**Once your motion is granted, you must register for a CM/ECF account at http://www.tned.uscourts.gov/RegistrationForm.php.**

**\*\*\*INCLUDE CERTIFICATE(S) OF SERVICE\*\*\***