# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Michael Tenenbaum__, Bar No. __186850__

was duly admitted to practice in this Court on __March 4th, 1998__
DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __March 16th, 2018__
Date

KIRY K. GRAY
Clerk of Court

By __/s/ A. Kannike__

Andrea Kannike, Deputy Clerk



G-52 (10/15)      CERTIFICATE OF GOOD STANDING