# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

LISA BROWN,

    Plaintiff/Judgment Creditor,

v.                        Case No. 3:17-MC-00012-PLR-HBG

PIXELRANGE, INC.,
and
DTI, INC.,

    Defendants/Judgment Debtors.

_____

## CERTIFICATE OF SERVICE
_____

The undersigned hereby certifies that a true and exact copy of the **Motion for Admission Pro Hac Vice** has been served upon the following counsel or party in interest herein by delivering same to the address of said counsel or party, or by mailing same to the offices of said counsel or address of the party by United States Mail with sufficient postage thereon to carry it to its destination.

                                   Michael Ryan Franz, Esq.
                                   Lacy, Price & Wagner, P.C.
                                   249 North Peters Road, Suite 101
                                   Knoxville, TN 37923

                                   PixelRange, Inc.
                                   Attn: David Thomas, Registered Agent
                                   201 Center Park Drive, Suite 1170
                                   Knoxville, TN 37922

This 19th day of March, 2018.

                                   /s/ *Scott D. Hall*

2